**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE: | Chapter:   13 |
| | Case No.:   17-14104 |

O'BRIEN, MARY KATHRYN,
Debtor

## DEBTOR'S OBJECTION TO MOTION FOR RELIEF FROM STAY OF DEUTSCHE BANK NATIONAL TRUST COMPANY, TRUSTEE

The Debtor objects to the Motion For Relief From Stay of Deutsche Bank National Trust Company (hereinafter "Deutsche Bank") as follows:

1. The Debtor admits that she signed a Note to Washington Mutual Bank but lacks knowledge or information sufficient to form a belief as to the truth or falsity of the balance of the allegations in this paragraph, accordingly denies the same and puts Deutsche Bank to its proof.
2. The Debtor admits that she executed a mortgage to Washington Mutual Bank but lacks knowledge or information sufficient to form a belief as to the truth or falsity of the balance of the allegations in this paragraph, accordingly denies the same and puts Deutsche Bank to its proof.
3. The Debtor lacks knowledge or information sufficient to form a belief as to the truth or falsity of the balance of the allegations in this paragraph, accordingly denies the same, and puts Deutsche Bank to its proof.
4. Admit.
5. Admit.
6. Admit.
7. Admit.

8. The Debtor lacks knowledge or information sufficient to form a belief as to the truth or falsity of the balance of the allegations in this paragraph, accordingly denies the same and puts Deutsche Bank to its proof.

9. Deny. The premises are subject to the Debtor's homestead rights.

10. The Debtor lacks knowledge or information sufficient to form a belief as to the truth or falsity of the balance of the allegations in this paragraph, accordingly denies the same and puts Deutsche Bank to its proof. The Debtor has made consistent adequate protection payments to the Bank pending Debtor's efforts to sell the property.

11. Deny.

12. The Debtor lacks knowledge or information sufficient to form a belief as to the truth or falsity of the balance of the allegations in this paragraph, accordingly denies the same and puts Deutsche Bank to its proof.

13. Deny Deutsche Bank is entitled to Relief From the Automatic Stay and the relief requested in this paragraph.

WHEREFORE, the Debtor, Kathryn O'Brien, respectfully requests that this Court DENY the Motion For Relief From Stay of Deutsche Bank and order such other and further relief as it deems appropriate.

Dated: 8/16/2018

Respectfully submitted,
Mary Kathryn O'Brien
By her attorney:

/s/ Andrew W. Evans
_____

Andrew W. Evans
Evans & Evans
7 Essex Green Drive
Suite 5
Peabody, MA 01960
(978) 548-5174

andrew@evansevanslaw.com

Case 17-14104    Doc 94    Filed 08/17/18    Entered 08/17/18 06:05:27    Desc Main
Document    Page 3 of 4

# CERTIFICATE OF SERVICE

I, Andrew W. Evans hereby certify that on the below date I caused a copy of the within Objection to be served upon the following parties by mailing the same by first class mail, postage prepaid, unless some other form of service is indicated:

VIA ECF:

Chapter 13 Trustee
Office of the United States Trustee

Elizabeth Dailey, Esq., on behalf of Deutsche Bank National Trust Company

8/17/2018

/s/ Andrew W. Evans
Andrew W. Evans, Esq.
Evans & Evans
7 Essex Green Drive
Suite #5
Peabody, MA 01960
(978) 548-5174