## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

-----------------------------------------------------X
IN RE:
**Mary Kathryn O`Brien**　　　　　　　　　**CHAPTER 13**
*aka* **M. Kathryn O`Brien**　　　　　　　　**CASE NO. 17-14104**

　　　　　　　**Debtor**
-----------------------------------------------------X

### STIPULATION ON THE MOTION FOR RELIEF FROM STAY

At Boston, in the Eastern Division of the District of Massachusetts, on the 22nd day of August, 2018, on a Motion for Relief from Stay, the parties herein, Deutsche Bank National Trust Company, as Trustee for WAMU Mortgage Pass-Through Certificates Series 2005-AR11 Trust (with any subsequent successor or assign, the "Creditor"), and Mary Kathryn O'Brien aka M. Kathryn O'Brien (the "Debtor"), after notice to all parties, and in settlement of the issues presented on the premises commonly known as 103 High Road a/k/a 101 High Road, Newbury, MA 01951 (the "Property"), hereby agree and enter into the following stipulation:

　1. The Creditor's Motion for Relief is granted and will become effective thirty (30) days from the date of any order approving this Stipulation. The Creditor shall take no action to schedule or advertise any foreclosure sale at the premises until the expiration of 30 days from the date of any Oder approving this Stipulation.

　2. The automatic stay imposed in this case by section 362(a) of the Bankruptcy Code, shall, upon the expiration of the time period set forth in paragraph 1, be vacated under section 362(d) of the Bankruptcy Code as to the Creditor's interests in the Property to allow the Creditor's enforcement of its rights in, and remedies in and to, including but not limited to foreclosure of the mortgage lien on the Property;

　3. The Creditor shall promptly report and turn over to the case trustee any surplus monies realized by any sale of the Property;

4. The Trustee shall cease making disbursements, if commenced, to the Creditor on its secured claim and that the Creditor is exempt from future compliance with Rule 3002.1 of the Federal Rules of Bankruptcy Procedure.

Dated: _____
Boston, Massachusetts

                                                                                            _____
                                                                                            Honorable Melvin S. Hoffman
                                                                                            United States Bankruptcy Judge