

08/22/2018 In light of the debtor's withdrawal of her response, the objection is sustained. The debtor shall file an amended plan that addresses the objection within 30 days of the date of this order or the case may be dismissed. The hearing on the objection, scheduled for 8/23/18, is cancelled.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

-----------------------------------------------------X
IN RE:                                    CHAPTER 13
Mary Kathryn O'Brien                      CASE NO. 17-14104
*aka* M. Kathryn O'Brien

         **Debtor.**
-----------------------------------------------------X

**OBJECTION TO CONFIRMATION OF DEBTOR'S AMENDED CHAPTER 13 PLAN**

    Now comes Deutsche Bank National Trust Company, as Trustee for WAMU Mortgage Pass-Through Certificates Series 2005-AR11 Trust ("Deutsche"), a creditor and party in interest in the above referenced matter, and hereby objects to confirmation of the Debtor's Amended Plan (the "Amended Plan"). As grounds for its objection, Deutsche states the following:

1. Deutsche is the current holder of a note executed and delivered by the Debtor to Washington Mutual Bank, FA, in the amount of $825,000.00, and dated March 4, 2005 and first mortgage, executed and delivered by the Debtor to Washington Mutual Bank, FA dated March 4, 2005, and recorded in the Essex County (Southern District) Registry of Deeds at Book 24042, Page Number 117 on real estate located at 103 High Road a/k/a 101 High Road, Newbury, MA 01951.

2. On November 2, 2017, the Debtor filed a petition for relief under Chapter 11 of the United States Bankruptcy Code.

3. On January 31, 2018, the case converted to a Chapter 13.

4. On February 24, 2018, the Debtor filed her Plan, which does not include the prepetition arrears owed to Deutsche.

5. On May 3, 2018, the Debtor filed her first Amended Plan, which does not include prepetition arrears owed to Deutsche.

6. The Amended Plan states the Property shall be marketed and sold within eleven (11) months of